[Cite as *In re Residence-Employee Exception in Homeowner's Ins. Policy Cases*, 98 Ohio St.3d 119, 2002-Ohio-7075.]

IN RE RESIDENCE-EMPLOYEE EXCEPTION IN HOMEOWNER'S INSURANCE
POLICY CASES.

**[Cite as *In re Residence-Employee Exception in Homeowner's Ins. Policy Cases*, 98 Ohio St.3d 119, 2002-Ohio-7075.]**

*Insurance — Motor vehicles — Uninsured/underinsured motorist coverage — Limited liability coverage that may arise under the residence-employee exception in a homeowner's insurance policy is not sufficient to transform the policy into a motor vehicle policy for purposes of former R.C. 3937.18(A).*

(Submitted December 4, 2002 — Decided December 23, 2002.)

**{¶1}** The following dispositions of currently pending appeals are hereby entered based on our decision in *Hillyer v. State Farm Fire & Cas. Co.*, 97 Ohio St.3d 411, 2002-Ohio-6662, 780 N.E.2d 262.

I

**{¶2}** The judgments of the courts of appeals in the following cases are affirmed:

**{¶3}** 2001-2090. *Grabowski v. Natl. Fire Ins. Co.* (Nov. 1, 2001), Cuyahoga App. No. 78712, 2001 WL 1398449.

**{¶4}** 2001-2155. *Bergstrom v. State Farm Fire & Cas. Co.* (Dec. 6, 2001), Cuyahoga App. No. 79775, 2001-Ohio-4173, 2001 WL 1557518.

**{¶5}** 2001-2257. *Haberley v. Nationwide Mut. Fire Ins. Co.* (Dec. 13, 2001), Cuyahoga App. No. 80006, 2001-Ohio-4157, 2001 WL 1609025.

**{¶6}** 2002-0223 and 2002-0352. *Vohsing v. Auto-Owners Ins. Co.* (Jan. 14, 2002), Licking App. No. 01-CA-56, 2002-Ohio-250, 2002 WL 54650.

**{¶7}** 2002-0369. *Trussell v. United Ohio Ins. Co.* (Jan. 16, 2002), Perry App. No. 01-CA-15, 2002 WL 91887.

{¶8} 2002-0505. *Mattox v. Allstate Ins. Co.* (Mar. 25, 2002), Stark App. No. 2001CA218, 2002-Ohio-1453, 2002 WL 465276.

{¶9} 2002-0597. *Westmark v. Farmers Ins. of Columbus, Inc.* (Mar. 29, 2002), Fulton App. No. F-01-018, 2002-Ohio-1524, 2002 WL 479831.

{¶10} 2002-0666. *Ruiz v. Rygalski* (Mar. 29, 2002), Lucas App. No. L-01-1363, 2002-Ohio-1519, 2002 WL 471707.

{¶11} 2002-0947 and 2002-0987. *Cox v. Nationwide Ins. Co.,* Richland App. No. 01CA97, 2002-Ohio-2524, 2002 WL 987304.

{¶12} 2002-1079 and 2002-1109. *Ramsey v. State Farm Fire & Cas. Co.*, Licking App. No. 2001CA00124, 2002-Ohio-2547, 2002 WL 1270897.

{¶13} 2002-1140. *Stevens v. Allstate Ins. Co.*, Lucas App. No. L-02-1003, 2002-Ohio-3044, 2002 WL 1371034.

{¶14} 2002-1299. *Sowards v. W. Res. Mut. Cas. Co.*, Pike App. No. 01CA675, 2002-Ohio-4409, 2002 WL 1972960.

{¶15} 2002-1400. *Gass v. Auto-Owners Ins. Co.*, Lucas App. No. L-02-1032, 2002-Ohio-3966, 2002 WL 1787969.

{¶16} 2002-1518. *Maye v. Auto-Owners Ins. Co.*, Lucas App. No. L-01-1418, 2002-Ohio-3572, 2002 WL 1565510.

II

{¶17} The judgment of the court of appeals in the following case is reversed, and the judgment of the trial court is reinstated on the authority of *Hillyer v. State Farm Fire & Cas. Co.*, supra:

{¶18} 2002-0954. *Allen v. Nationwide Ins. Co.*, Franklin App. No. 01AP-909, 2002-Ohio-2013.

III

{¶19} In the following cases, the discretionary appeals are allowed, and the judgments of the courts of appeals are affirmed:

**{¶20}** 2002-1522. *Wetterau v. Utica Natl. Ins. Group,* Summit App. No. 20978, 2002-Ohio-3752, 2002 WL 319545.

**{¶21}** 2002-1610. *Combs v. Combs*, Meigs App. No. 02CA3, 2002-Ohio-4099, 2002 Wl 1824971.

IV

**{¶22}** In the following cases, the discretionary appeals are allowed, the court finds that a conflict exists on the certified questions, and the judgments of the courts of appeals are affirmed on the authority of *Hillyer v. State Farm Fire & Cas. Co.*, supra:

**{¶23}** 2002-1438 and 2002-1703. *Boughan v. Grange Mut. Ins. Co.*, Allen App. No. 1-02-16, 2002-Ohio-3393, 2002 WL 1433857.

**{¶24}** 2002-1570 and 2002-1682. *Zabukovec v. GRE Ins. Group*, Lake App. No. 2001-L-096, 2002-Ohio-4365, 2002 WL 1964777.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

_____